**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:05CR00112-006 |
| Plaintiff(s) | ) ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) ) | **O R D E R** |
| Erika E. Carper | ) ) | |
| Defendant(s) | ) | |

A hearing was conducted on July 29, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  The defendant Erika E. Carper and her counsel, Damian Billak appeared.  A report and recommendation was filed on July 22, 2010.

The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release as stated in the Violation Report (see docket #135) as to Violations 1, 2, 3, 4, 6, and 7.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a period of 9 months, with defendant to be given credit for time served in custody since 12/29/2009. The sentence is to run concurrently with the state sentence from Trumbull County, case number 2009CR164.

IT IS FURTHER ORDERED that upon release from the sentence the period of supervised release will terminate.

| | |
|---|---|
| July 29, 2010 | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |